IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHESTER S. VAUGHN                                                                        PLAINTIFF

v.                                          Civil No. 09-5205

DR. JAMES HUSKINS;
NURSE MARSHA SMITH;
SGT. FRY; CAPTAIN ROBERT
HOLLY; and SHERIFF KEITH
FERGUSON                                                                                 DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Chester Vaughn, filed this civil rights action under the provisions of 42 U.S.C. § 1983. He was granted leave to proceed *in forma pauperis* (IFP) and is *pro se.*

An evidentiary hearing was held and judgment was entered in Defendants' favor (Doc. 95). Plaintiff has filed a notice of appeal (Doc. 97) and a motion to proceed IFP on appeal (Doc. 98). An order was entered (Doc. 99) advising Plaintiff that his IFP application was incomplete in two ways. First, on page one he failed to provide his employer's name and address. Second, on page two, Plaintiff failed to answer question four dealing with the amount of money he has in cash or in a checking or savings account. Plaintiff was mailed an IFP application and directed to return it by January 14, 2013.

Plaintiff has not filed a completed IFP application. He has not requested an extension of time to submit the application. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that the motion to proceed IFP on appeal (Doc. 98) be denied.

**The parties have fourteen (14) days from receipt of the report and recommendation**

-1-

AO72A
(Rev. 8/82)

**in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 23rd day of January 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE